**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MITCHELL CARRUTH** **PLAINTIFF**
**ADC #553766**

**v.** **CASE NO. 3:26-cv-00186-BSM**

**JACOB SLOAN,** ***et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE